UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| VINCENT BROZINSKI,<br><br>        Petitioner,<br><br>v.<br><br>CHRISTOPHER MELOY,<br><br>        Respondent. | No. 1:05-cv-940-SEB-VSS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**


Date: 01/13/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana


Copies to:

VINCENT BROZINSKI
DOC #108501
Plainfield Correctional Facility
727 Moon Road
Plainfield, IN 46168

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770